IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

TONY HILL,            )
                      )
     Plaintiff,       )
                      )
vs.                   )   CIVIL ACTION NUMBER
                      )
W. G. SULLIVAN LUMBER COMPANY, )   96-C-1032-W
INC.,                 )
                      )
     Defendant.       )

**MEMORANDUM OF OPINION GRANTING ATTORNEY'S FEE**

Plaintiff's counsel reasonably expended 70.4 hours in the successful prosecution of this action. He reasonably incurred $857.83 in expenses. A reasonable hourly rate is $150.00.

Because of the two-year delay in payment, counsel fees should be enhanced by ten percent (10%).

Thus, plaintiff's counsel is entitled to a total of $12,977.83 as a reasonable fee and reimbursement of expenses.

DONE this 24th day of July, 1997.

UNITED STATES DISTRICT JUDGE
U. W. CLEMON